# EXHIBIT B

```
ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK            NJ 07102
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (973) 776-9300
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:    FEBRUARY 09, 2021
                         RE:      FERARY ANNETT   VS STARBUCKS
                         DOCKET: ESX L -001082 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON ROBERT H. GARDNER

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      001
AT:  (973) 776-9300 EXT 57395.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                        ATT: ROBERT M. RICH
                                        ROBERT M. RICH
                                        25 POMPTON AVE.
                                        VERONA          NJ 07044


ECOURTS
```

```
ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK             NJ 07102
                                        DISMISSAL NOTICE

TELEPHONE - (973) 776-9300 EXT. 57395,JUAN ALVAREZ           TEAM 001
COURT HOURS:  8:30 AM - 4:30 PM

                  DATE: JUNE 25, 2021
                    RE: FERARY ANNETT   VS STARBUCKS
                DOCKET: ESX L -001082 21
                 PARTY:      STARBUCKS


     PLEASE TAKE NOTICE THAT ON AUGUST 24, 2021    (60 DAYS FROM DATE OF
THIS NOTICE), THE COURT WILL DISMISS THE ABOVE PARTY OR PARTIES FOR LACK OF
PROSECUTION WITHOUT PREJUDICE, PURSUANT TO RULE 1:13-7 OR RULE 4:43-2 UNLESS ACTION
REQUIRED UNDER THE ABOVE RULES IS TAKEN.


 HON ROBERT H. GARDNER                                ATT: ROBERT M. RICH
_____                       ROBERT M. RICH
          JUDGE                                       25 POMPTON AVE.
                                                      VERONA          NJ 07044
```

ESSEX COUNTY - CIVIL DIVISION
SUPERIOR COURT OF NJ
465 MARTIN LUTHER KING JR BLVD
NEWARK            NJ 07102

TELEPHONE - (973) 776-9300 EXT. 57395,JUAN ALVAREZ                TEAM 001
COURT HOURS:  8:30 AM - 4:30 PM                                   DATE AUGUST 27, 2021

DOCKET NO. ESX L -001082 21
NAME: FERARY ANNETT   VS STARBUCKS

     IT IS HEREBY ORDERED THAT UNDER RULES 1:13-7 OR 4:43-2, THE ABOVE MATTER HAS BEEN DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION. THIS ORDER CLOSES FILE. JUDGMENTS PREVIOUSLY ENTERED IN THIS CASE ARE NOT AFFECTED BY THIS ORDER.

     A FORMAL NOTICE OF MOTION IS NOW REQUIRED TO RESTORE THIS CASE TO ACTIVE TRIAL STATUS.


  HON ROBERT H. GARDNER                                           ATT: ROBERT M. RICH
_____                                       ROBERT M. RICH
          JUDGE                                                   25 POMPTON AVE.
                                                                  VERONA          NJ 07044

| | |
|---|---|
| Attorney(s): | Robert M. Rich, Esq. |
| Attorney Id No.: | 270481971 |
| Law Firm: | |
| Address: | 25 Pompton Avenue<br>Verona, NJ 07044 |
| Telephone No.: | (973) 239-2255 |
| Fax No.: | (973) 239-6333 |
| E-Mail: | rrlaw@aol.com |
| Attorney(s) for Plaintiff(s): | ANNETT OTTO FERARY, |

ANNETT OTTO FERARY,

, Plaintiff(s)

vs.

STARBUCKS,

, Defendant(s).

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION

ESSEX COUNTY

DOCKET NO.: ESX-L-1082-21

CIVIL ACTION

# Request to Enter

Default and Certification

To the CLERK of the above-named COURT:

PURSUANT TO R.4:43-1, please enter upon the docket the default of the defendant(s), **STARBUCKS,** _____, in the above-captioned action for failure to plead or otherwise defend as provided by the rules of civil practice or by an order of this court, or because the answer of defendant(s) has been stricken with prejudice.

_/s/ Robert M. Rich, Esq._

, Attorney(s) for Plaintiff(s)

## CERTIFICATION

**Robert M. Rich, Esq.**_____, of full age, hereby certifies as follows:

1. I am an attorney at law of the State of New Jersey, and am employed by the firm of _____, Attorney(s) for Plaintiff(s) in the above-captioned action.
2. The summons and a copy of the complaint in this action were served upon defendant(s) **STARBUCKS,**, on **July 9, 2021**, as appears from the return of the process filed with the court.
3. The time within which defendant(s) may answer or otherwise move as to the said complaint has expired, has not been extended or enlarged, and no defendant named herein has answered or otherwise moved.
4. Based on the above, I request the court to enter default against **Starbucks**, pursuant to R.4:43-1.
5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: **October 14, 2021**

Robert M. Rich, Esq.

5035 - Request to Enter Default w/Certification.
R.4:43-1
Rev. 7/12   P11/18

© 2021 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 1

ROBERT M. RICH
Attorney Id No: 270481971
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Plaintiff

| | |
|---|---|
| ANNETT OTTO FERARY, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION-ESSEX COUNTY |
| Plaintiff, | : DOCKET NO: ESX-L-001082-21 |
| -vs- | : |
| STARBUCKS, | : CIVIL ACTION |
| | : NOTICE OF MOTION |
| Defendant. | : |

TO:   ESSEX COUNTY CLERK
      Newark, New Jersey  07102

SIR:

PLEASE TAKE NOTICE that the undersigned, attorney for the plaintiff, Annett Otto Ferary, shall apply before suchever Judge as this matter is assigned on November 5, 2021 at 9:00 a.m. in the forenoon or as soon thereafter as this matter is assigned, at the Essex County Court House, Newark, New Jersey, for an Order as follows:

Vacating the Order of Dismissal entered herein on August 27, 2021.

The undersigned will rely upon the Certification of Robert M. Rich in support of this application.

A proposed form of Order is attached.

Plaintiff waives oral argument and requests disposition on the papers.

_____
ROBERT M. RICH
Attorney for Plaintiff

Dated: October 19, 2021

CERTIFICATION

1. I am the secretary of Robert M. Rich, attorney for plaintiff, in the above matter.

2. On October 19, 2021, I mailed the original of the within Notice of Motion, together with supporting papers to the Clerk of Essex County. Copies of same were mailed to the following:

> ESSEX COUNTY CLERK
> Newark, New Jersey  07102

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
CARMELITA ROVELLA

ROBERT M. RICH
Attorney Id No: 270481971
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Plaintiff

| | |
|---|---|
| ANNETT OTTO FERARY, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION-ESSEX COUNTY |
| Plaintiff, | : DOCKET NO:  ESX-L-001082-21 |
| | : |
| -vs- | : |
| | : |
| STARBUCKS, | :          CIVIL ACTION |
| | : |
| | :              ORDER |
| Defendant. | : |

This matter having been heard before the Court upon the application of Robert M. Rich, attorney for plaintiff, and any reply papers thereto, and the Court having considered the papers and for good cause appearing,

IT IS ON THIS         DAY OF                    , 2021,

ORDERED AS FOLLOWS:

That the Order dated August 27, 2021 be and is hereby vacated and the matter restored to the active trial list.

_____
J.S.C.

PAPERS CONSIDERED:

\_\_\_\_\_Notice of Motion

\_\_\_\_\_Certification

\_\_\_\_\_Reply Papers

\_\_\_\_\_Other

ROBERT M. RICH
Attorney Id No: 270481971
25 Pompton Avenue
Verona, NJ 07044
(973)239-2255
Attorney for Plaintiff

| | |
|---|---|
| ANNETT OTTO FERARY, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION-ESSEX COUNTY |
| Plaintiff, | : DOCKET NO: ESX-L-001082-21 |
| | : |
| -vs- | : |
| | : |
| STARBUCKS, | : CIVIL ACTION |
| | : |
| | : CERTIFICATION OF ROBERT M. RICH |
| Defendant. | : |

ROBERT M. RICH, of full age, certifies as follows:

1. I am an Attorney-at-Law of the State of New Jersey and I represent the plaintiff in the within matter. I make this Certification of my own personal knowledge.

2. On February 11, 2021, we served by regular and certified mail The Prentice-Hall Corporation System, the registered agent for Starbucks. We have never received the green receipt back. However, the regular mail never came back to us. We also served Starbucks by regular and certified mail on July 6, 2021. They were served on July 9, 2021, as can be seen by the green certified receipt attached

3. To date, there has been no response.

4. We have, once again, attempted service on Starbucks Corporation, by certified and regular mail, at their headquarters on October 14, 2021.

5. I would, therefore, respectfully request that the Order entered on August 27, 2021 be vacated and the matter restored to the active trial list.

6. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

ROBERT M. RICH

Dated: October 19, 2021

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   STARbucks
   49 Church ST.
   MONTCLAIR, NJ 07042

   9590 9402 6057 0125 5048 32

2. Article Number (Transfer from service label)

   7020 1290 0000 2626 8478

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  AD IS
   ☑ Agent
   ☐ Addressee

B. Received by (Printed Name)
   C19

C. Date of Delivery
   7-9

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ROBERT M. RICH
Attorney Id No: 270481971
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Plaintiff

| | |
|---|---|
| ANNETT OTTO FERARY, | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION-ESSEX COUNTY |
| Plaintiff, | : DOCKET NO:  ESX-L-001082-21 |
| -vs- | : |
| STARBUCKS, | : CIVIL ACTION |
| | : NOTICE OF MOTION |
| Defendant. | : |

TO:   ESSEX COUNTY CLERK
      Newark, New Jersey   07102

SIR:

  PLEASE TAKE NOTICE that the undersigned, attorney for the plaintiff, Annett Otto Ferary, shall apply before suchever Judge as this matter is assigned on November 5, 2021 at 9:00 a.m. in the forenoon or as soon thereafter as this matter is assigned, at the Essex County Court House, Newark, New Jersey, for an Order as follows:

  Vacating the Order of Dismissal entered herein on August 27, 2021.

  The undersigned will rely upon the Certification of Robert M. Rich in support of this application.

A proposed form of Order is attached.

Plaintiff waives oral argument and requests disposition on the papers.

_____
ROBERT M. RICH
Attorney for Plaintiff

Dated: October 19, 2021

## CERTIFICATION

1. I am the secretary of Robert M. Rich, attorney for plaintiff, in the above matter.

2. On October 19, 2021, I mailed the original of the within Notice of Motion, together with supporting papers to the Clerk of Essex County. Copies of same were mailed to the following:

> ESSEX COUNTY CLERK
> Newark, New Jersey 07102

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

_____
CARMELITA ROVELLA

**FILED**

*8:25 am, Nov 05, 2021*

```
ROBERT M. RICH
Attorney Id No:  270481971
25 Pompton Avenue
Verona, NJ  07044
(973)239-2255
Attorney for Plaintiff
```

| | |
|---|---|
| ANNETT OTTO FERARY, | :SUPERIOR COURT OF NEW JERSEY |
|  | :LAW DIVISION-ESSEX COUNTY |
| Plaintiff, | :DOCKET NO:  ESX-L-001082-21 |
|  | : |
| -vs- | : |
|  | : |
| STARBUCKS, | :          CIVIL ACTION |
|  | : |
|  | :               ORDER |
| Defendant. | : |

This matter having been heard before the Court upon the application of Robert M. Rich, attorney for plaintiff, and any reply papers thereto, and the Court having considered the papers and for good cause appearing,

IT IS ON THIS 5th  DAY OF November , 2021,

ORDERED AS FOLLOWS:

That the Order dated August 27, 2021 be and is hereby vacated and the matter restored to the active trial list without costs; and it is further

ORDERED that a copy of this Order shall be served upon all parties/counsel of record within seven (7) days of the date hereof, per the Rules of Court.

/S/ *Robert H. Gardner, J.S.C.*

Hon. Robert H. Gardner, J.S.C.

PAPERS CONSIDERED:

\_\_\_\_\_Notice of Motion

\_\_\_\_\_Certification

\_\_\_\_\_Reply Papers          \_\_\_ **OPPOSED**

\_\_\_\_\_Other                 X **UNOPPOSED**